# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| **VS.** ) | **CR. NO. 06-00232-CG** |
| ) | |
| **REZEQ QASEM SHAHIN,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

This matter is before the court on the United States' "Motion to Dismiss Indictment" filed on January 10, 2007 (Doc. 33), in which the United States requests dismissal of the Indictment.

Upon due consideration and pursuant to Fed.R.Crim.P. 48(a), the motion is **GRANTED**. It, therefore, is **ORDERED** that the Indictment filed on October 26, 2006, against defendant Rezeq Qasem Shahin is hereby **DISMISSED** without prejudice.

**DONE and ORDERED** this 12th day of January, 2007.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE